**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

Thursday, October 15, 2015

RE:    Case No. 01-14-00927-CR

Style:  Patrick Earl Ruffin, Jr.
    v.  The State of Texas

      This is NOTICE to the parties and the trial court that the time for filing the **APPELLANT'S** brief has expired. TEX.R.APP.P. 38.8(2).
If this Court does not receive **a appellant's brief** within ten (**10**) days of the date of this notice, it may order the trial court to immediately conduct a hearing on the record to determine whether the appellant desires to prosecute his appeal, whether the appellant is indigent, or, if not indigent, whether counsel has abandoned the appeal, and to make appropriate findings and recommendations. TEX. R. APP. P. 38.8(2)

.T. C. Case # 1445769                Christopher A. Prine, Clerk of the Court

                Joe David Wells
                P. O. Box 2064
                Houston, TX  77252
                *DELIVERED VIA E-MAIL*



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 20 2015

CHRISTOPHER A. PRINE
CLERK

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



CASE NO. 01-14-00927-CR
JOE DAVID WELLS
P. O. BOX 2064
HOUSTON, TX 77252

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001372104 OCT. 15. 2015



NIXIE          773     DE 1009        2010/18/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699     *0393-10351-18-18

77252206064 8080
7700202066